UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                               CHAPTER 13
JAMES R. HOUSTON
TERESA A. HOUSTON                          CASE NO. 15-11595

## CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN [DKT.14]

I, Michael W. Boyd, Attorney for the Debtor herein, do hereby certify that I have this day electronically filed a true and correct copy of the Amended Chapter 13 plan [Dkt. 14] with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Office of the United States Trustee
> USTPRegion05.AB.ECF@usdoj.gov
>
> Locke D. Barkley
> sbeasley@barkley13.com

and I hereby certify that I have mailed by United States Postal Service the document to all creditors listed on the matrix.

This the 12th day of May, 2015.

/s/ Michael W. Boyd
_____
Michael W. Boyd, Attorney for Debtor

Michael W. Boyd, P.A.
Attorney at Law
Post Office Box 1586
Greenville, Mississippi 38702-1586
Telephone: 662-332-0202
boydlawoffice@yahoo.com

\* Amended \*

## CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Debtor: JAMES R. HOUSTON        SSN: XXX-XX-7727        CASE NO. 15-11595
Joint Debtor: TERESA A. HOUSTON  SSN: XXX-XX-7945        Median Income: ☐ Above ☐ Below
Address: 911 7TH AVENUE
         CLEVELAND, MS 38732

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed. <u>The treatment of ALL secured and priority debts must be provided for in this plan.</u>

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of ____60____ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $__2,489.00__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
       ACH DEBIT
       _____

(B) Joint Debtor shall pay $_____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
       _____
       _____

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:    $__2,900.00__   at $__48.33__  /month
Mississippi Dept. of Revenue: $_____    at $_____  /month
Other/_____:      $_____    at $_____  /month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: N/A
_____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to N/A _____   Beginning _____ @ $_____  ☐Plan ☐Direct
Mtg pmts to _____       Beginning _____ @ $_____  ☐Plan ☐Direct
Mtg pmts to _____       Beginning _____ @ $_____  ☐Plan ☐Direct

Mtg arrears to N/A _____  Through _____ $_____ @ $_____ /mo
Mtg arrears to _____      Through _____ $_____ @ $_____ /mo
Mtg arrears to _____      Through _____ $_____ @ $_____ /mo

Debtor's Initials _____   Joint Debtor's Initials _____   Chapter 13 Plan, Page 1 of 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| BMW FINANCIAL | 2014 MINI COOPER | ✓ | $24,957.00 | $22,000.00 | 5 | AMT. OWED |
| STATEWIDE CU | 2010 TOYOTA HYLANI | ✓ | $6,554.00 | $6,000.00 | 5 | AMT. OWED |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| SELENE | 911 7TH AVENUE | $126,736.00 | SURRENDER |
| TOWER LOAN OF RULEVILLE | CAMPER | $7,378.00 | SURRENDER |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| ED FINANCIAL SERVICES | $5,829.00 | | TREAT AS UNSECURED NONDISCHARGEABLE |
| US DEPT OF EDUCATION | $102,021.00 | | TREAT AS UNSECURED NONDISCHARGEABLE |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
N/A

**GENERAL UNSECURED CLAIMS** total approximately $ 225,238.00 . Such claims must be *timely filed* and not disallowed to receive payment as follows: _____ IN FULL (100%), _____ %(percent) MINIMUM, or a total distribution of $ 98,692.80 , with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____   Joint Debtor's Initials _____   Chapter 13 Plan, Page 2 of 3

Total attorney fee charged:         $   3,200.00
Attorney fee previously paid:       $      92.00
Attorney fee to be paid in plan:    $   3,108.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Attorney for Debtor (Name/Address/Phone/Email)
MICHAEL W. BOYD, P.A.
PO BOX 1586
GREENVILLE, MS  38702-1586

Telephone/Fax:_____

Telephone No.  662-332-0202
Facsimile No.  662-332-0241
Email address  BOYDLAWOFFICE@YAHOO.COM

DATED: 5/4/15        DEBTOR'S SIGNATURE       *[signed] Javis R. Houston*

JOINT DEBTOR'S SIGNATURE   *[signed] Oluesa J. Houston*

ATTORNEY'S SIGNATURE   *[signed] Michael W. Boyd*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13
JAMES R. HOUSTON
TERESA A. HOUSTON                                    CASE NO. 15-11595

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN**

Today Debtor filed with this Court her Amended Chapter 13 Plan [Dkt #14]. Creditors shall have twenty-one (21) days to object to the proposed Amended Chapter 13 Plan by filing an objection with the Court at:

>United States Bankruptcy Court
>Northern District of Mississippi
>703 Highway 145 North
>Aberdeen, Mississippi 39730

SO NOTICED, this the 12th day of May, 2015.

/s/ Michael W. Boyd
_____
**Michael W. Boyd, Attorney for Debtor**

**Michael W. Boyd, P.A.**
**Attorney at Law**
**Post Office Box 1586**
**Greenville, Mississippi 38702-1586**
**Telephone: 662-332-0202**
boydlawoffice@yahoo.com

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801


Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238


Credit First N A
6275 Eastland Rd
Brookpark, OH 44142


Dr. Bennie B. Wright Jr
810 East Sunflower Road Suite 100 A
Cleveland, MS 38732


Edfinancial Svcs
120 N Seven Oaks Dr
Knoxville, TN 37922


Griffith & Carr
PO Drawer 1680
Cleveland, MS 38732


Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346


Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Office of Steven P. Brendemuehl
5 Commonwealth Road, Suite 4A
Natick, MA 01760


Renasant Bank
209 Troy St
Tupelo, MS 38804

```
Ron Pritchard, MD
PO Box 4081
Greenville, MS 38701


Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117


Selene Finance Lp
9990 Richmond Ave Ste 40
Houston, TX 77042


St. Dominics
P.O. box 24056
Jackson, MS 39225-4056


State Farm Insurance Agency
Attn: Vyki Newman
PO Box 106145
Atlanta, GA 30348-6145


Statewdecu
295 E. Layfair Dr
Flowood, MS 39232


Syncb/Amazon
Po Box 965015
Orlando, FL 32896


Syncb/Belk
Po Box 965028
Orlando, FL 32896


Syncb/Jcp
Po Box 965007
Orlando, FL 32896


Syncb/Lowes
Po Box 965005
Orlando, FL 32896


Syncb/Steinmart Pllc
Po Box 965005
Orlando, FL 32896
```

Syncb/Walmart
Po Box 965024
Orlando, FL 32896


Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117


Tower Loan of Ruleville
PO Box 320367
Flowood, MS 39208


Us Dept Of Ed/Glelsi
Po Box 7860
Madison, WI 53707


West Asset Management
2703 N Highway 75
Sherman, TX 75090


Wf Crd Svc
3201 N 4th Ave
Sioux Falls, SD 57104